| | | |
|---|---|---|
| 1 | Malaika M. Eaton, WSBA No. 32837 | Hon. Salvador Mendoza, Jr. |
| 2 | Daniel M. Weiskopf, WSBA No. 44941 | |
|   | James G. Diehl, WSBA No. 54914 | |
| 3 | McNAUL EBEL NAWROT & HELGREN PLLC | |
|   | 600 University Street, Suite 2700 | |
| 4 | Seattle, WA 98101 | |
|   | (206) 467-1816 | |
| 5 | meaton@mcnaul.com | |
|   | dweiskopf@mcnaul.com | |
| 6 | jdiehl@mcnaul.com | |
|   | Attorneys for Plaintiffs | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

UNITED STATES ex rel. DAVID YAM, M.D.; DAVID YAM, M.D., an individual,

    Plaintiffs,

v.

PROVIDENCE HEALTH & SERVICES, a Washington non-profit corporation d/b/a PROVIDENCE ST. MARY MEDICAL CENTER,

    Defendant.

No. 4:20-cv-5004-SMJ

STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT PROVIDENCE HEALTH & SERVICES WITH PREJUDICE

6/3/2022
Without Oral Argument

**(Clerk's Action Required)**

STIP. AND ORDER DISMISS. PL.'S CLAIMS
AGAINST DEF. WITH PREJUDICE – Page i

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

# I. STIPULATION

Pursuant to FRCP and LCR 41(a)(1)(A), Plaintiff David Yam, M.D. ("Plaintiff"), and Defendant Providence Health & Services d/b/a Providence St. Mary Medical Center ("Defendant"), by and through their undersigned counsel of record, stipulate and agree that Plaintiff David Yam, M.D.'s remaining claims against Defendant Providence Health & Services d/b/a Providence St. Mary Medical Center shall be dismissed with prejudice and without an award of fees and costs to either party.

Counsel for Plaintiff and Defendant have provided a copy of this dismissal to the United States Attorney's Office for the Eastern District of Washington and the Washington Attorney General's Office and counsel of record in both offices have confirmed that they are not objecting to this dismissal of the remaining claims in this action.

DATED this 4th day of May, 2022.

| McNAUL EBEL NAWROT & HELGREN PLLC | DAVIS WRIGHT TREMAINE. LLP |
|---|---|
| By s/*Malaika M. Eaton*<br>Malaika M. Eaton, WSBA No. 32837<br>Daniel M. Weiskopf, WSBA No. 44941<br>James G. Diehl, WSBA No. 54914<br><br>600 University Street, Suite 2700<br>Seattle, Washington  98101<br>Phone:      206-467-1816<br>Email:         meaton@mcnaul.com<br>                    dweiskopf@mcnaul.com<br>                    jdiehl@mcnaul.com<br><br>*Attorneys for Plaintiffs* | By:  s/*Ross Siler*<br>Ross Siler, WSBA No. 46486<br><br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>Phone:        (206) 757-8120<br>Fax:            (206) 757-7120<br>Email:         ross.siler@dwt.com<br><br>*Attorneys for Defendant Providence Health & Services d/b/a Providence St. Mary Medical Center* |

STIP. AND ORDER DISMISS. PL.'S CLAIMS AGAINST DEF. WITH PREJUDICE – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

## II. ORDER

The Court, having reviewed the foregoing stipulation of the parties, HEREBY ORDERS, ADJUDGES, AND DECREES that Plaintiff's remaining claims in the above-entitled action against Defendant Providence Health & Services d/b/a Providence St. Mary Medical Center are dismissed with prejudice and without an award of attorneys' fees or costs to either party.

IT IS SO ORDERED.

DATED this _____ day of _____, 2022.

_____
Honorable Salvador Mendoza, Jr.
United States District Judge

Presented by:

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/_____
Malaika M. Eaton, WSBA No. 32837
Daniel M. Weiskopf, WSBA No. 44941
James G. Diehl, WSBA No. 54914

meaton@mcnaul.com
dweiskopf@mcnaul.com
jdiehl@mcnaul.com
*Attorneys for Plaintiffs*

DAVIS WRIGHT TREMAINE. LLP

By: s/_____
Ross Siler, WSBA No. 46486

ross.siler@dwt.com
*Attorneys for Defendant Providence Health
& Services d/b/a Providence St. Mary Medical
Center*

STIP. AND ORDER DISMISS. PL.'S CLAIMS
AGAINST DEF. WITH PREJUDICE – Page 2

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816