FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 04, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| United States ex. rel. DAVID YAM, M.D., DAVID YAM, M.D., an individual,<br><br>      Relators-Plaintiffs,<br><br>      v.<br><br>PROVIDENCE HEALTH & SERVICES, a Washington non-profit corporation d/b/a PROVIDENCE ST. MARY MEDICAL CENTER,<br><br>      Defendant. | No. 4:20-cv-05004-SMJ<br><br>**ORDER DISMISSING ACTION** |

  Before the Court is Relator-Plaintiff's Amended Stipulation Dismissing Plaintiff's Claims Against Defendant Providence Health Services with Prejudice, ECF No. 22. Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may voluntarily dismiss an action without a court order by filing (1) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment, or (2) a stipulation of dismissal signed by all parties who have appeared. Here, all parties stipulate to dismissal. ECF No. 22 at 2. The Court thus finds Plaintiffs' notice of voluntary dismissal proper under Rule 41(a)(1).

//

ORDER DISMISSING ACTION – 1

Accordingly, **IT IS HEREBY ORDERED**:

**1.** Relator-Plaintiff's Amended Stipulation and Order Dismissing Plaintiff's Claims Against Defendant Providence Health Services with Prejudice, **ECF No. 22**, is **GRANTED**.

**2.** Relator-Plaintiff's Stipulation and Order Dismissing Plaintiff's Claims Against Defendant Providence Health Services with Prejudice, **ECF No. 21**, is **DENIED AS MOOT**.

**3.** All claims are **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and fees.

**4.** The Clerk's Office is directed to **ENTER JUDGMENT** and **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 4th day of May 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge