# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| United States ex. rel. DAVID YAM, M.D., DAVID YAM, M.D., an individual,<br>*Relators -Plaintiffs*<br>v.<br>PROVIDENCE HEALTH & SERVICES, a Washington non-profit corporation d/b/a PROVIDENCE ST. MARY MEDICAL CENTER,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 4:20-cv-05004-SMJ |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 04, 2022

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Relator-Plaintiff's Amended Stipulation and Order Dismissing Plaintiff's Claims Against Defendant Providence Health Services with Prejudice (ECF No. 22) is GRANTED.
Relator-Plaintiff's Stipulation and Order Dismissing Plaintiff's Claims Against Defendant Providence Health Services with Prejudice (ECF No. 21) is DENIED AS MOOT.
All claims are DISMISSED WITH PREJUDICE, with each party to bear their own costs and fees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   SALVADOR MENDOZA, JR.   on a stipulated motion for dismissal.

Date:  05/04/2022

CLERK OF COURT

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates